FILED

In Re: Scott Cote
Case No. 08-11758-JMD
Chapter 13
Debtor

2009 NOV 18 A 10: 31

CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH.

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2. That pursuant to § 347(a) and Rule 3011 I have now cancelled disbursement checks, to wit:

   Check #109811
   Issued on: May 8, 2009
   Issued to: Jan L.D. Wessels
   1104 Pine Needle Drive
   Chippewa Falls, WI 54729
   In the amount of $2,977.92

   AND

   Check #109997
   Issued on: May 8, 2009
   Issued to : Jan L.D. Wessels
   1104 Pine Needle Drive
   Chippewa Falls, WI 54729
   In the amount of $.01

3. That the original, now cancelled checks were sent to the creditor at the address listed above. The checks were returned by the Post Office with the following notation "moved address unknown". No further address could be ascertained.

4. That attached is my replacement check number 115606 in the amount of $2,977.93, payable to the Clerk of Court, and these should be considered unclaimed funds.

CC: Kem

I hereby certify the above-cited information to be true to the best of my knowledge.

Dated: November 2, 2009

Respectfully submitted

/s/ Lawrence P. Sumski

Lawrence P. Sumski,
Chapter 13 Trustee
815 Elm Street, 5th Fl.
Manchester, NH  03101
(603) 626-8899
ID# BNH01460

On this the 2nd day of November, 2009 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

/s/ Priscilla Johnson-Bernard
Notary Public

[Notary Seal: PRISCILLA JOHNSON-BERNARD, MY COMMISSION EXPIRES MAR. 4, 2014, NOTARY PUBLIC, NEW HAMPSHIRE]

CERTIFICATE OF SERVICE

I hereby certify that on this, the 2nd day of November, 2009, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, electronically or by first class mail to Jan D.L. Wessels at the address listed above, Debtor's Attorney, and AUST Geraldine Karonis.

Dated: November 22, 2009   /s/ Lawrence P. Sumski
                           Lawrence P. Sumski